DUNCAN REALTY COMPANY, Respondent, *v.* INDEPENDENT TROUSER Co., INC., Appellant.

Supreme Court, Appellate Term, First Department, March 15, 1934.

*Maurice Kozinn,* for the appellant.

*Henry Goldstein,* for the respondent.

PER CURIAM. The provision of subdivision 7 of section 78 of the Municipal Court Code for " motion or notice " is construed as motion on notice. (*Teitelbaum* v. *Empire Bottling Works,* 100 Misc. 103.) Such notice must be in writing. Under this section

a party may be precluded only as to those matters of which particulars have not been furnished. (*Witschieben* v. *Glynn*, 156 App. Div. 193.)

Order reversed and motion denied, with leave to renew within ten days after service of order entered hereon.

All concur; present, HAMMER, CALLAHAN and FRANKEN-THALER, JJ.